# Order

Michigan Supreme Court
Lansing, Michigan

June 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138724 & (23)

ERIC KORPAL and MARY KORPAL,
     Plaintiffs-Appellants,

v

SC: 138724
COA: 290077
Saginaw CC: 03-049832-NH

SAMUEL J. SHAHEEN, M.D. and
MIDWESTERN SURGICAL ASSOCIATES,
P.C.,
     Defendants,

and

STEPHEN A. MESSANA, D.O., SCOTT
CHENEY, M.D., ADVANCED DIAGNOSTIC
IMAGING, P.C., and COVENANT
HEALTHCARE,
     Defendants-Appellees.
_____/

     On order of the Court, the motion for immediate consideration is GRANTED. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. The application for leave to appeal the March 12, 2009 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2009

Clerk

d0617